UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM McKINNEY,

    Plaintiff,

v.                                      Case No. 09-15027

GREAT AMERICAN INSURANCE COMPANY &
UNITED STATES FIRE INSURANCE
COMPANY,

    Defendants.
                                      /

**OPINION AND ORDER STRIKING NOTICE OF CONSENT
OF REFERENCE TO MAGISTRATE JUDGE**

On December 30, 2009, Plaintiff filed a court-supplied form titled "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge." The Notice was signed only by the Plaintiff. All parties must consent to the reference. Fed. R. Civ. P. 73. Moreover, as stated in the Notice, the name of any party withholding consent should not be revealed. Filing a Notice signed by only one party is therefore improper and premature. Accordingly,

IT IS ORDERED that Plaintiff's "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" [Dkt. # 4] is STRICKEN.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: January 11, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2010, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522